LAW OFFICE OF
**Peter A. Romero**

March 21, 2016

**VIA ECF**

Hon. Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:     *Doe v. Microsoft Corporation* 15-CV-7267 (JMA) (ARL)

Dear Judge Azrack:

      This firm represents Plaintiff in the above-referenced action.  We respectfully submit the attached Stipulation, signed by counsel for Plaintiff and Defendant, to be "So Ordered."

      We thank the Court for its time and attention to this matter.

                                                Respectfully,

                                                /s
                                                Peter A. Romero

Attach

cc:     Jill L. Rosenberg, Esq. via ECF

LABOR AND EMPLOYMENT LITIGATION
503 Route 111, Hauppauge, NY 11788  •  office: (631) 257-5588  •  peter@overtimelawny.com  •  overtimelawny.com