UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOHN DOE,                                                                  15-CV-07267 (JMA) (ARL)

               Plaintiff,

  -against-                                                                 **NOTICE OF MOTION**

MICROSOFT CORPORATION,

               Defendant.
-------------------------------------------------------X

     **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Peter A. Romero, Esq., and upon the annexed Declaration of Plaintiff, the undersigned shall move this Court on a date to be determined by the Court, or as soon as counsel may be heard, at the United States Courthouse located at 100 Federal Plaza, Central Islip, New York 11722, for an Order granting the within motion to withdraw as counsel for Plaintiff in the above-captioned matter and staying all proceedings for a period sufficient to permit Plaintiff to obtain new counsel and granting such other and further relief as the Court deems just and proper.

     The movant is not asserting a charging or retaining lien.

                                 LAW OFFICE OF PETER A. ROMERO

               By:   /s/
                           _____
                           Peter A. Romero, Esq.
                           503 Route 111
                           Hauppauge, New York 11788
                           (631) 257-5588

## **CERTIFICATE OF SERVICE**

On September 20, 2016, I caused the within motion to be served upon Plaintiff, John Doe, by depositing same enclosed in a post-paid properly addressed envelope under the exclusive care and custody of the United States Postal Service addressed to him at: 1 Arrowwood Drive, St. James, New York 11780, and upon counsel for Defendant *via* ECF.

/s/_____

Peter A. Romero