9/10/2017

Via: certify mail

Honor Magistrate Judge Arlene R Lindsay

Long island Federal courthouse

814 Federal plaza

Central Islip, New York 11722-4451



RECEIVED

SEP 1 8 2017

EDNY PRO SE OFFICE

CC: jrosendberg@orrick.com

Re: Give up Doe vs. Microsoft 2:15-cv-07267-JMA-ARL

I give up because I didn't convert this conversation into an objective discussion by demonstrate how

- Microsoft hide behind few clerks with a medical doctor degree, which object to reputable hospital treatment. Also, in case of one clerk MD agreed, then replace him with another.
- It's a top secret to disclose when the decision to close LI site was made and reveal the manipulation around returning my assignments back to New York (see below)

According to communication with Microsoft, they state:

Regarding request for questions No. 21, we objected on the following bases:

21) All documents which evidence and/or reflect the date(s) when Defendant first considered closing its Hauppauge, New York office.

*"Defendant objects to this request to the extent that it calls for any documents protected from disclosure by the attorney-client privilege or any other privilege or immunity. Defendant further objects to this request on the grounds that it is vague and ambiguous, including but not limited to the terms "evidence" and "first considered."*

22) which evidence and/or reflect the earliest date that Defendant knew it would be closing its Hauppauge, New York office.

*"Defendant objects to this request to the extent that it calls for any documents protected from disclosure by the attorney-client privilege or any other privilege or immunity. Defendant further objects to this request on the grounds that it is vague and ambiguous, including but not limited to the terms "evidence" and "the earliest date that Defendant knew it would be closing its Hauppauge, New York office." Defendant further objects to this request on the grounds that it is cumulative and/or duplicative of other requests."*

- This law case has been filled and navigated incorrectly by me, and Microsoft did it well !

1

Even though I acknowledged attending the deposition, Microsoft double acknowledged it, emphasizing they are going to bring more people and focus only on subjective data they've already shared (how many lawyers do they need to interrogate me?)

At this stage, my medical situation requires me to avoid unnecessary pressure, and since I can pay for my current medical bills, I can tacitly give up.

I will be happy if this document and previous ones will be shared on the e-files, as they contain valuable information for other Microsoft employees with disabilities (to consider).


Thanks for your time and help!

Joe Doe



Mr. Eitan Klein
1 Arrowood Dr.
Saint James, NY 11780-3412



7017 1000 0000 8905 3740

Honor Magistrate Judge Arlene K Lindsay

Long Island Federal Courthouse

814 Federal Plaza

Central Islip, New York 11722-4451

LN 9/15







1172254451 C003